Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–33412–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Atef G Youssef | Tereza F Youssef |
| 7 Redcoat Drive | 7 Redcoat Drive |
| East Brunswick, NJ 08816 | East Brunswick, NJ 08816 |

Social Security No.:
    xxx–xx–4591                     xxx–xx–4577

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/27/20 at 09:00 AM

to consider and act upon the following:

*75* – Creditor's Certification of Default (related document:63 Motion for Relief from Stay re: 7 Redcoat Dr, East Brunswick, NJ, 08816–2758. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 68 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 05/5/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court