Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33412−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atef G Youssef                                Tereza F Youssef
   7 Redcoat Drive                             7 Redcoat Drive
   East Brunswick, NJ 08816           East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−4591                                 xxx−xx−4577

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/27/20 at 09:00 AM

to consider and act upon the following:

**75** − Creditor's Certification of Default (related document:63 Motion for Relief from Stay re: 7 Redcoat Dr, East Brunswick, NJ, 08816−2758. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC, 68 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Specialized Loan Servicing LLC. Objection deadline is 05/5/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certification # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/5/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-33412-MBK
Atef G Youssef                                                                  Chapter 13
Tereza F Youssef
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: May 05, 2020
                              Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
db/jdb         +Atef G Youssef,   Tereza F Youssef,   7 Redcoat Drive,   East Brunswick, NJ 08816-2758
cr             +Specialized Loan Servicing LLC,   PO Box 636007,   Littleton, CO 80163-6007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              Douglas J. McDonough    on behalf of Creditor    MEB Loan Trust IV DMcDonough@flwlaw.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for MEB LOAN
               TRUST IV bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13