UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on June 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Atef G Youssef and Tereza F Youssef

| | |
|---|---|
| Case No.: | 16-33412 |
| Hearing Date: | 6/10/20 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER DENYING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____May 7_____, 20 <u>20</u>  by <u>Douglas J. McDonough</u>_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*