| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**Order Filed on June 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Atef G Youssef and Tereza F Youssef

| | |
| --- | --- |
| Case No.: | 16-33412 |
| Hearing Date: | 6/10/20 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER DENYING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

   A motion or application having been filed on _____May 7_____, 20 20  by  Douglas J. McDonough_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Atef G Youssef  
Tereza F Youssef  
      Debtors

Case No. 16-33412-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 12, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.  
db/jdb        +Atef G Youssef,   Tereza F Youssef,   7 Redcoat Drive,   East Brunswick, NJ 08816-2758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:

          Albert   Russo   docs@russotrustee.com  
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Douglas J. McDonough   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
          Douglas J. McDonough   on behalf of Creditor   MEB Loan Trust IV DMcDonough@flwlaw.com  
          Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
          R. A. Lebron   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV bankruptcy@feinsuch.com  
          Rebecca Ann Solarz   on behalf of Creditor   Specialized Loan Servicing LLC rsolarz@kmllawgroup.com  
          Robert C. Nisenson   on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          Robert C. Nisenson   on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com, doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
          Robert P. Saltzman   on behalf of Creditor   Specialized Loan Servicing LLC dnj@pbslaw.org  
          Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                      TOTAL: 13