Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33412−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atef G Youssef                                                 Tereza F Youssef
   7 Redcoat Drive                                                 7 Redcoat Drive
   East Brunswick, NJ 08816                   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−4591                                                     xxx−xx−4577

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 11, 2019.

On February 24, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 April 6, 2021
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 24, 2021
JAN: wdr

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33412-MBK |
| Atef G Youssef | Chapter 13 |
| Tereza F Youssef | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: 185 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | + | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 516643516 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516709690 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516538677 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516538676 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516538682 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 516647518 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516636560 | | Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 516847619 | + | Capital One Line of Credit, 265 Broadhollow Road, Melville, NY 11747-4833 |
| 516538689 | + | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538690 | + | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538691 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538692 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538694 | + | Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 516670293 | + | Home Depot Loan Services, P.O. Box 530584, Atlanta, GA 30353-0584 |
| 518585892 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585893 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516538695 | + | Provident Cash Reserve, PO Box 1001, Iselin, NJ 08830-1001 |
| 516538696 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 517553470 | + | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538697 | + | Suntrust/greensky/The Home Depot, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 516658800 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516538703 | | Wells fargo fnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516616670 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 21:54:29 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516593327 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | | |

Case 16-33412-MBK  Doc 92  Filed 02/26/21  Entered 02/27/21 00:15:21  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 185 | Total Noticed: 44 |

| ID | | Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 24 2021 21:55:36 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516538684 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Feb 24 2021 21:54:26 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 516548125 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 24 2021 21:53:06 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538685 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 21:54:20 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516613974 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 21:55:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516538690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:55:43 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:55:43 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:54:32 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:55:43 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538694 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 21:54:32 | Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 516538687 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 21:54:19 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516538688 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 21:54:19 | Chase line of Credit, PO Box 6026, Chicago, IL 60680 |
| 516662106 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 21:53:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516729799 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2021 20:47:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516807541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:55:35 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516808352 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:54:24 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516808353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 21:53:07 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516538698 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 21:55:24 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538700 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 21:54:16 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 516538701 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 24 2021 20:47:00 | Transworld Sys Inc/51, Po Box 15618, Wilmington, DE 19850-5618 |
| 516538702 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 20:45:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: 185 | Total Noticed: 44 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516538683 | | Bk Of Amer |
| 516538678 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516538679 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516550131 | *+ | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538681 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538686 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516538693 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 518174527 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517553471 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538699 | *+ | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538680 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 24, 2021 | Form ID: 185 | Total Noticed: 44 |

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sean M. O'Brien
    on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13