| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV<br>R.A. LEBRON, ESQ.<br>SPS1891<br>bankruptcy@fskslaw.com | **Order Filed on May 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ATEF G YOUSSEF and<br>TEREZA F YOUSSEF<br><br><br>Debtor(s). | Case No.: 16-33412 MBK<br><br>Adv. No.:<br><br>Hearing Date: May 4, 2021<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 12, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): ATEF G YOUSSEF and TEREZA F YOUSSEF
Case No: 16-33412 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV, as to certain real property known as 7 REDCOAT DR, EAST BRUNSWICK, NJ 08816 as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The remaining total debt balance of the secured claim of Select Portfolio Servicing, Inc., as servicing Agent for MEB Loan Trust IV, Secured Creditor, shall be paid in full through the Chapter 13 plan.

2. The claim is identified on the Claims Register as claim no. 5.

3. The amount to be paid to Secured Creditor, including interest over the declining balance at the contract rate of 8.375% over 33 months, is $23,556.96. Said amount is calculated as follows:

| | | |
|---|---|---|
| a. | Principal Balance: | $19,085.72 |
| b. | Interest: | $ 2,663.16 |
| c. | Subtotal (as of 4/23/2021) | $21,748.88 |
| d. | Interest over Declining Balance (8.375%) | $ 1,808.08 |
| e. | Total: | $23,556.96 |

(Page 3)
Debtor(s): ATEF G YOUSSEF and TEREZA F YOUSSEF
Case No: 16-33412 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

_____

4.   The Debtor shall maintain prompt payment for adequate hazard insurance coverage and list secured creditor as a loss payee until completion of the chapter 13 plan and receipt of discharge. Said payments shall be made through the first mortgage or directly to the insurance company.

5.   The Debtor shall maintain prompt payment for property taxes with said payments to be made through the first mortgage or directly to the township, city or municipality.

6.   The treatment of this claim is conditioned upon successful completion of the Chapter 13 plan and receipt of bankruptcy discharge.

7.   The treatment of this claim shall be void upon dismissal or conversion of the Chapter 13 case.

8.   If the Chapter 13 case is dismissed or converted, the secured claim shall be reinstated in full with appropriate interest and other applicable and appropriate fees, costs, etc.

9.   This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

10.   The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.