Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33412−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atef G Youssef                                    Tereza F Youssef
   7 Redcoat Drive                                 7 Redcoat Drive
   East Brunswick, NJ 08816              East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−4591                                      xxx−xx−4577

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 28, 2021.


Dated: May 28, 2021
JAN: wir

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-33412-MBK
Atef G Youssef  Chapter 13
Tereza F Youssef
  Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 28, 2021 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | + | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 516643516 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516709690 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516538677 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516538676 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516538682 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 516647518 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516636560 | | Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 516847619 | + | Capital One Line of Credit, 265 Broadhollow Road, Melville, NY 11747-4833 |
| 516670293 | + | Home Depot Loan Services, P.O. Box 530584, Atlanta, GA 30353-0584 |
| 518585892 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585893 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516538695 | + | Provident Cash Reserve, PO Box 1001, Iselin, NJ 08830-1001 |
| 516538696 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 517553470 | + | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538697 | + | Suntrust/greensky/The Home Depot, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 516658800 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516538703 | | Wells fargo fnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 28 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 28 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516616670 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 28 2021 21:43:14 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516593327 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 28 2021 21:43:08 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516538684 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | May 28 2021 21:43:58 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 516548125 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 28 2021 21:44:42 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538685 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 21:42:57 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516613974 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 21:42:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516538690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:43:54 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:43:56 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:44:44 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:43:03 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538694 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:44:44 | Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 516538687 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 28 2021 21:43:46 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516538688 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 28 2021 21:43:46 | Chase line of Credit, PO Box 6026, Chicago, IL 60680 |
| 516662106 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2021 21:44:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516729799 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2021 21:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516807541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 21:43:55 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516808352 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 21:43:55 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516808353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 21:44:44 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516538698 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:42 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538700 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2021 21:43:42 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 516538701 | + | Email/Text: bankruptcydepartment@tsico.com | May 28 2021 21:27:00 | Transworld Sys Inc/51, Po Box 15618, Wilmington, DE 19850-5618 |
| 516538702 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 28 2021 21:23:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516538683 | | Bk Of Amer |
| 516538678 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |

Case 16-33412-MBK    Doc 106    Filed 05/30/21    Entered 05/31/21 00:17:37    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: plncf13 | Total Noticed: 44 |

| 516538679 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516550131 | *+ | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538681 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538686 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516538693 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 518174527 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517553471 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538699 | *+ | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538680 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisenson rr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisenson rr70983@notify.bestcase.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: May 28, 2021 Form ID: plncf13 Total Noticed: 44
TOTAL: 13