UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing LLC

Order Filed on June 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Atef G. Youssef, Tereza F. Youssef

Debtors.

Case No.: 16-33412 MBK

Adv. No.:

Judge: Michael B. Kaplan

# CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

DATED: June 3, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Atef G. Youssef, Tereza F. Youssef
Case No:  16-33412 MBK
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC, holder of a mortgage on real property known as 7 Redcoat Dr, East Brunswick, NJ, 08816-2758, with the consent of Robert C. Nisenson, Esq., counsel for the Debtors, Tereza F. Youssef, Atef G. Youssef

It is **ORDERED, ADJUDGED and DECREED** that as of May 13, 2021, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2020 through May 2021 for a total post-petition default of $18,472.44 (6 @ $3,078.74); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $18,472.44 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2021, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtor: Atef G. Youssef, Tereza F. Youssef
Case No: 16-33412 MBK
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

Dated:  5/26/2021

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated:  5/26/2021

*/s/ Robert C. Nisenson*
ROBERT C. NISENSON, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-33412-MBK |
| Atef G Youssef | Chapter 13 |
| Tereza F Youssef | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com |

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Robert C. Nisenson
    on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson
    on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert P. Saltzman
    on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sean M. O'Brien
    on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13