Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−33412−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Atef G Youssef | Tereza F Youssef |
| 7 Redcoat Drive | 7 Redcoat Drive |
| East Brunswick, NJ 08816 | East Brunswick, NJ 08816 |

Social Security No.:
  xxx−xx−4591                            xxx−xx−4577

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/24/22 at 09:00 AM

to consider and act upon the following:

*116* − Creditor's Certification of Default (related document:107 Order(Generic)) filed by Aleisha Candace Jennings on behalf of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST. Objection deadline is 08/18/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Jennings, Aleisha)

Dated: 8/9/22

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court