UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-888

Aleisha C. Jennings (049302015)

---

In Re:

**Atef G Youssef,**
  **Debtor,**
**Tereza F Youssef,**
  **Joint Debtor.**

Case No.:  16-33412-MBK

Chapter:  13

Hearing Date: August 24, 2022

Judge:  Michael B. Kaplan

Order Filed on August 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

  The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: August 25, 2022**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

THIS MATTER having come before the Court on the Certification of Default of US BANK TRUST NATIONAL ASSOCIATION, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG ASSET TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 7 Redcoat Dr., East Brunswick NJ 08816 (the "Subject Property"), and Robert C. Nisenson representing Atef G Youssef and Tereza F Youssef ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Certification of Default is resolved, subject to the following conditions:

1.      The Debtor is in default of post-petition payments owed to Secured Creditor. The following post-petition arrears remain due and outstanding to Secured Creditor:

■ The Debtor is overdue for 14 months from July 1, 2021 through August 1, 2022.

■ The Debtor is overdue for 4 payments from July 1, 2021 through October 1, 2021 at $3,745.59 less a credit of $666.85 per month.

■ The Debtor is overdue for 9 payments from November 1, 2021 through July 1, 2022 at $3,971.62 less a credit of $830.26 per month.

■ The Debtor is overdue for 1 payment from August 1, 2021 at $3,971.62.

Funds Held In Suspense $0.00.

Total Arrearages Due $44,558.82

2.      Debtor must cure all post-petition arrearages, as follows:

■ Payment in the amount of $44,588.82 shall be remitted to Secured Creditor on or before August 31, 2022.

■ Beginning on September 1, 2022, regular monthly mortgage payments shall be timely remitted to Creditor pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

3.      Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment:   Shellpoint Mortgage Servicing
                                     P.O. Box 10826 Greenville
                                     Greenville, SC 29603-0675

    ■ Immediate payment:        Shellpoint Mortgage Servicing
                                       P.O. Box 10826 Greenville
                                     Greenville, SC 29603-0675

4.       Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

5.      In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This Order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

6.     Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$200.00</u> and costs of $<u>0.00</u>.

The fees and costs are payable:

■ Through the Chapter 13 plan.

7.     In the event Secured creditor has not filed a timely Proof of Claim, Debtor consents to the filing and payment by the Chapter 13 Trustee of any late filed Proof of Claim, subject to the right of the Debtor to file an objection as to the amount.