Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33412−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Atef G Youssef                          Tereza F Youssef
7 Redcoat Drive                         7 Redcoat Drive
East Brunswick, NJ 08816                East Brunswick, NJ 08816

Social Security No.:
xxx−xx−4591                             xxx−xx−4577

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 28, 2021.

On December 25, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:       February 8, 2023
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 29, 2022
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Atef G Youssef  
Tereza F Youssef  
    Debtors

Case No. 16-33412-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 29, 2022      Form ID: 185      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | + | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| cr | + | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516847619 | + | Capital One Line of Credit, 265 Broadhollow Road, Melville, NY 11747-4833 |
| 516670293 | + | Home Depot Loan Services, P.O. Box 530584, Atlanta, GA 30353-0584 |
| 516538695 | + | Provident Cash Reserve, PO Box 1001, Iselin, NJ 08830-1001 |
| 516538696 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 516538697 | + | Suntrust/greensky/The Home Depot, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 516538703 | | Wells fargo fnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS IND, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd # 202, Fairfield, NJ 07004-2927 |
| 516643516 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:27 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516709690 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:27 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516616670 | | Email/PDF: ebn_ais@aisinfo.com | Dec 29 2022 20:37:34 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516538677 | + | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:25 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516538676 | + | Email/PDF: bncnotices@becket-lee.com | Dec 29 2022 20:52:29 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516593327 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 29 2022 20:37:28 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516538684 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 29 2022 20:37:28 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 516548125 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2022 20:37:39 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 16-33412-MBK    Doc 125    Filed 12/31/22    Entered 01/01/23 00:10:20    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2022 | Form ID: 185 | Total Noticed: 51 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 516538680 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538682 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516647518 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516636560 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2022 20:38:00 | Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 516538685 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 20:37:27 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516613974 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2022 20:37:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516538690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:42 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538689 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:30 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:42 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:42 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538694 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 20:37:36 | Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 516538687 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2022 20:37:38 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516538688 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2022 20:37:38 | Chase line of Credit, PO Box 6026, Chicago, IL 60680 |
| 516662106 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 20:37:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518585893 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2022 20:39:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585892 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 29 2022 20:39:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 516729799 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516807541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:34 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516808352 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:41 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516808353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2022 20:37:29 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517553470 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 29 2022 20:39:00 | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 519475877 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 29 2022 20:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519475878 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

Case 16-33412-MBK    Doc 125    Filed 12/31/22    Entered 01/01/23 00:10:20    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 185 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 29 2022 20:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516538698 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 20:37:38 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538700 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2022 20:37:26 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 516538701 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 29 2022 20:39:00 | Transworld Sys Inc/51, Po Box 15618, Wilmington, DE 19850-5618 |
| 519494887 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 29 2022 20:38:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519494886 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 29 2022 20:38:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516538702 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 29 2022 20:38:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516658800 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 29 2022 20:37:27 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516538683 | | Bk Of Amer |
| 519655862 | | US Bank Trust National Association, Not In Its Ind |
| 516538678 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516538679 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516550131 | *+ | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538681 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538686 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516538693 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 518174527 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517553471 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538699 | *+ | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022          Signature:          /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 29, 2022 | Form ID: 185 | Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ajennings@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Financial Services Vehicle Trust (FSVT) jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com |
| Robert C. Nisenson | on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com  doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com  doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| Sindi Mncina | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16