| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV<br>R.A. LEBRON, ESQ.<br>SPS1891<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>ATEF G YOUSSEF and TEREZA F YOUSSEF<br><br>  Debtor(s). | Case No.:  16-33412 MBK<br><br>Adv. No.:<br><br>Chapter:  13<br><br>Hearing Date:  02/08/2023<br><br>Judge:  Honorable Michael B. Kaplan, Chief Judge<br><br>**OBJECTION OF SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR MEB LOAN TRUST IV TO CONFIRMATION OF DEBTOR'S MODIFIED PLAN** |

I, R.A. LEBRON, ESQ., do hereby certify as follows:

1. I am an attorney at law of the State of New Jersey associated with the law firm of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV, ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

2. The present bankruptcy case was filed on December 8, 2016.

3. On February 5, 2021, Secured Creditor filed a Motion for Relief from Stay re: 7 Redcoat Dr., East Brunswick NJ 08816. *See* ECF

No. 87.

4. After a Certification in Opposition to Motion for Relief from Stay was filed, the motion was resolved with an Order Resolving Motion For Relief From Stay re: 7 Redcoat Dr., East Brunswick NJ 08816 (the "MFR Order") entered on April 11, 2021. *See* ECF Nos. 88, 97. The MFR Order reflected an intent to cure arrears and maintain payments.

5. On February 24, 2021, a Modified Chapter 13 Plan and Motions (the "First Modified Plan") was filed. *See* ECF No. 89. The First Modified Plan proposed the following:

    (a) Part 4.a. proposed to cure the default to Secured Creditor and maintain payments moving forward. The amount to be paid to Secured Creditor is $581.46 with regular monthly payments (outside plan) to be maintained. A payment amount was not listed.

    (b) Part 4.g. proposed to pay in full the Secured Claim through the Plan. The amount to be paid was $19,000.00.

    (c) Part 9 stated the reason the Plan was being modified as: *COVID HARDSHIP, PAY MEB LOAN TRUST IV THROUGH THE PLAN, ARREARS TO SPECIALIZED LOAN TRUST*. Further, it states how the Plan was being modified as: *EXTEND PLAN FOR 7 YEARS, MEB LOAN TRUST IV THROUGH THE PLAN AND ARREARS TO SPECIALIZED LOAN TRUST*.

6. On March 4, 2021, an Objection to Confirmation of the

First Modified Plan was filed. *See* ECF No. 94.

7.  An Order Resolving Objection to Confirmation of First Modified Plan (the "Plan Objection Order") was entered on May 12, 2021. *See* ECF No. 100. The claim was to be treated as a total debt subject to the terms listed in the Plan Objection Order.

8.  An Order Confirming Modified Chapter 13 Plan (the "Confirmation Order") was entered on May 28, 2021. *See* ECF No. 104. The Confirmation Order did not appear to reflect terms consistent with the Plan Objection Order. Further, a review of the Claim Summary under the National Data Center website (the "Trustee's Ledger") does not show treatment of the total debt inside the Plan. A copy of the Claim Summary under the Trustee's Ledger is attached hereto and marked as Exhibit A.

9.  On December 28, 2022, a new Modified Chapter 13 Plan and Motions (herein, the "Second Modified Plan") was filed. *See* ECF No. 123. The Second Modified Plan proposes the following:

    (a) Part 4.a. proposes to cure the default to Secured Creditor and maintain payments moving forward. The amount to be paid to Secured Creditor is $581.46 with regular monthly payments (outside plan) to be maintained. A payment amount is not listed.

10. Secured Creditor objects to confirmation of Debtors' Second Modified Plan (the "Plan") for the reasons which follow:

    (a) Secured Creditor holds a mortgage on Debtor(s)' principal residence located at 7 REDCOAT DR EAST

BRUNSWICK, NJ 08816. As of the date of the bankruptcy filing, Debtor(s)' were in default on the terms of the Note and Mortgage. Total arrears due to Secured Creditor through the plan is $581.46. The total claim is $26,479.13. Secured Creditor has filed a proof of claim with the Court.

(b) The loan matured on November 1, 2022. This date is within the life of the Plan. Due to prior conflicting orders, Secured Creditor requests clarification of the proposed treatment. Upon information and belief, the total remaining debt, as of December 30, 2022, is $9,029.90. If the total debt is not to be paid inside the Plan with interest over the remaining life of the Plan, then Secured Creditor requests the prior Plan Objection Order be modified or vacated, if appropriate.

(c) Furthermore, Secured Creditor objects to confirmation in that if there is a post-petition delinquency at the time of confirmation and the case is dismissed, then any excess funds that the Chapter 13 Trustee is holding be released to Secured Creditor. Absent the release of any excess funds, Secured Creditor is substantially harmed as Debtor(s) would have enjoyed the benefit of the automatic stay to the detriment of Secured Creditor. Absent such language in the Order

Confirming Plan, confirmation of must be denied.

11. For the reasons stated above, and for any others that the Court deems fit to adopt, Secured Creditor respectfully objects to the Second Modified Plan and confirmation thereof.

12. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor

/s/ R.A. Lebron, Esq.
R.A. LEBRON, ESQ.

DATED: January 4, 2023

cc: ROBERT C. NISENSON, ESQ. – DEBTOR(S)' ATTORNEY
    ALBERT RUSSO – TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc.,
as servicer for MEB LOAN TRUST IV
R.A. LEBRON, ESQ.
SPS1891
bankruptcy@fskslaw.com

In Re:

ATEF G YOUSSEF and TEREZA F YOUSSEF

 Debtor(s).

Case No.: 16-33412 MBK

Adv. No.:

Chapter: 13

Hearing Date: 02/08/2023

Judge: Honorable Michael B. Kaplan, Chief Judge

**CERTIFICATION OF SERVICE**

1. I, <u>Ruth Essington</u>:

   ☐ represent the _____ in this matter.

   ☒ am the secretary/paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.,</u> who represents the <u>Secured Creditor, Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV</u> in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>January 04, 2023</u>, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a.  Objection to Confirmation of Modified Plan.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>(D.N.J. LBR 5005-1) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>(D.N.J. LBR 5005-1) |
| Atef G Youssef<br>Tereza F Youssef<br>7 Redcoat Drive<br>East Brunswick, NJ 08816 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u><br>(D.N.J. LBR 5005-1) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>(D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>01/04/23</u>                                           /s/Ruth Essington

                                                                Paralegal



# Claim Summary



Case 1633412   Debtor1 ATEF G YOUSSEF   Debtor2 TEREZA F YOUSSEF   Trustee RUSSO, ALBERT (ROBBINSVILLE, NJ)

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 30 | MEB LOAN TRUST | MORTGAGE ARREARAGES - SECURED | $23,177.42 | $0.00 | $0.00 | $12,342.66 | $10,834.76 | $0.00 |
| 31 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $18,472.44 | $0.00 | $0.00 | $9,837.11 | $8,635.33 | $0.00 |
| 27 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $12,255.20 | $0.00 | $0.00 | $8,696.08 | $3,559.12 | $0.00 |
| 25 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $8,719.00 | $0.00 | $0.00 | $6,993.29 | $1,725.71 | $0.00 |
| 6 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $4,698.05 | $358,483.00 | $0.00 | $4,698.05 | $0.00 | $0.00 |
| 0 | ROBERT C. NISENSON, ESQ. | ATTORNEY FEE | $2,500.00 | $2,500.00 | $0.00 | $2,500.00 | $0.00 | $0.00 |
| 5 | MEB LOAN TRUST | MORTGAGE ARREARAGES - SECURED | $581.46 | $27,036.00 | $0.00 | $581.46 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, NA | ALL OTHER SECURED DEBT - SECURED | $535.50 | $3,763.00 | $0.00 | $535.50 | $0.00 | $0.00 |
| 24 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $531.00 | $0.00 | $0.00 | $531.00 | $0.00 | $0.00 |
| 26 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $531.00 | $0.00 | $0.00 | $531.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $52,803.89 | $0.00 | $0.00 | $530.08 | $52,273.81 | $0.00 |
| 29 | MEB LOAN TRUST | MORTGAGE ARREARAGES - SECURED | $379.54 | $0.00 | $0.00 | $379.54 | $0.00 | $0.00 |
| 28 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $350.00 | $0.00 | $0.00 | $350.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | UNSECURED CREDITORS | $32,478.92 | $32,478.00 | $0.00 | $326.04 | $32,152.88 | $0.00 |
| 10 | AMERICAN EXPRESS | UNSECURED CREDITORS | $27,328.69 | $37,328.00 | $0.00 | $274.35 | $27,054.34 | $0.00 |
| 9 | AMERICAN EXPRESS | UNSECURED CREDITORS | $24,336.31 | $24,336.00 | $0.00 | $244.31 | $24,092.00 | $0.00 |
| 13 | LVNV FUNDING LLC | UNSECURED CREDITORS | $23,805.97 | $23,805.00 | $0.00 | $238.99 | $23,566.98 | $0.00 |
| 32 | US BANK TRUST NATIONAL ASSOCIATION | MORTGAGE ARREARAGES - SECURED | $200.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC | UNSECURED CREDITORS | $18,619.42 | $18,619.00 | $0.00 | $186.92 | $18,432.50 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $12,373.39 | $0.00 | $0.00 | $124.22 | $12,249.17 | $0.00 |
| 14 | HOME DEPOT LOAN SERVICES | UNSECURED CREDITORS | $32,005.41 | $31,589.00 | $0.00 | $111.61 | $31,893.80 | $0.00 |
| 15 | HOME DEPOT LOAN SERVICES | UNSECURED CREDITORS | $24,551.96 | $0.00 | $0.00 | $85.62 | $24,466.34 | $0.00 |
| 17 | MIDLAND CREDIT AS AGENT FOR | UNSECURED CREDITORS | $6,146.04 | $6,146.00 | $0.00 | $47.87 | $6,098.17 | $0.00 |
| 8 | BANK OF AMERICA, N.A. | UNSECURED CREDITORS | $5,639.65 | $5,639.00 | $0.00 | $43.93 | $5,595.72 | $0.00 |
| 16 | AMERICAN EXPRESS CENTURION BANK | UNSECURED CREDITORS | $5,635.32 | $5,635.00 | $0.00 | $43.89 | $5,591.43 | $0.00 |
| 1 | BMW FINANCIAL SERVICES NA LLC | UNSECURED CREDITORS | $3,408.00 | $0.00 | $0.00 | $34.22 | $3,373.78 | $0.00 |
| 7 | AMERICAN EXPRESS | UNSECURED CREDITORS | $2,424.92 | $2,424.00 | $0.00 | $18.89 | $2,406.03 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $1,726.15 | $0.00 | $0.00 | $17.34 | $1,708.81 | $0.00 |

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
| 22 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED CREDITORS | $2,167.62 | $0.00 | $0.00 | $16.89 | $2,150.73 | $0.00 |
| 19 | MIDLAND CREDIT AS AGENT FOR | UNSECURED CREDITORS | $2,669.55 | $2,669.00 | $0.00 | $15.06 | $2,654.49 | $0.00 |
| 0 | | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT AS AGENT FOR | UNSECURED CREDITORS | $764.62 | $714.00 | $0.00 | $0.00 | $764.62 | $0.00 |
| 2 | BMW FINANCIAL SERVICES NA LLC | UNSECURED CREDITORS | $1,201.65 | $0.00 | $0.00 | $0.00 | $1,201.65 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | UNSECURED CREDITORS | $1,026.89 | $0.00 | $0.00 | $0.00 | $1,026.89 | $0.00 |

| CLAIM NUMBER | CREDITOR NAME | CLAIM DESCRIPTION | CLAIM AMOUNT | SCHEDULED AMOUNT | INTEREST PAID | PRINCIPAL PAID ▼ | PRINCIPAL OWED | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|