UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc.,
as servicer for MEB LOAN TRUST IV
R.A. LEBRON, ESQ.
SPS1891
bankruptcy@fskslaw.com

In Re:

ATEF G YOUSSEF and
TEREZA F YOUSSEF

  Debtor(s).

Case No.:  <u>16-33412 MBK</u>

Adv. No.:

Hearing Date: February 8, 2023

Judge:  <u>Honorable Michael B. Kaplan, Chief Judge</u>

**CERTIFICATION OF SERVICE**

1.    I, Kelly Mastandrea:

☐ represent the _____ in this matter.

☒ am a paralegal for <u>FEIN, SUCH, KAHN & SHEPARD, P.C.,</u> who

represents the <u>Secured Creditor, Select Portfolio Servicing, Inc.,</u>

<u>as servicer for MEB LOAN TRUST IV</u> in this matter.

☐ am the _____ in the above case and am

representing myself.

2.    On <u>February 7, 2023</u>, this office caused to be mailed a copy of the

following pleadings and/or documents to the parties listed in the

chart below:

a.    Order Resolving Objection to Confirmation of Modified Plan.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ROBERT C. NISENSON<br>ROBERT C. NISENSON, LLC<br>10 AUER COURT<br>SUITE E<br>EAST BRUNSWICK, NJ 08816 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br> (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>CHAPTER 13 STANDING TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br> (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| ATEF G YOUSSEF<br>TEREZA F YOUSSEF<br>7 REDCOAT DRIVE<br>EAST BRUNSWICK, NJ 08816 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: February 7, 2023   /S/ KELLY MASTANDREA
                          Kelly Mastandrea