| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>Select Portfolio Servicing, Inc., as<br>servicer for MEB LOAN TRUST IV<br>R.A. LEBRON, ESQ.<br>SPS1891<br>bankruptcy@fskslaw.com | Order Filed on February 18, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ATEF G YOUSSEF and<br>TEREZA F YOUSSEF<br><br><br>Debtor(s). | Case No.: 16-33412 MBK<br><br>Adv. No.:<br><br>Hearing Date: February 8, 2023<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): ATEF G YOUSSEF and TEREZA F YOUSSEF
Case No: 16-33412 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV, as to certain real property known as <u>7 REDCOAT DR, EAST BRUNSWICK, NJ 08816</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The treatment as to Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV ("Secured Creditor") is hereby stricken and revised to reflect terms consistent with the Order Resolving Objection to Confirmation entered on May 12, 2021. The full terms of that Order shall remain in full effect.

2. Any other prior orders with respect to Secured Creditor shall remain in effect.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan or Modified Plan in the herein matter.