UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Select Portfolio Servicing, Inc., as
servicer for MEB LOAN TRUST IV
R.A. LEBRON, ESQ.
SPS1891
bankruptcy@fskslaw.com

**Order Filed on February 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 16-33412 MBK |
| --- | --- |
| ATEF G YOUSSEF and TEREZA F YOUSSEF | Adv. No.: |
| | Hearing Date: February 8, 2023 |
| Debtor(s). | Judge: Honorable Michael B. Kaplan, Chief Judge |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 18, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): ATEF G YOUSSEF and TEREZA F YOUSSEF
Case No: 16-33412 MBK
Caption of Order:   **ORDER RESOLVING OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

_____

   Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV, as to certain real property known as 7 REDCOAT DR, EAST BRUNSWICK, NJ 08816 as set forth in the objection papers, and for good cause shown;


   **ORDERED AS FOLLOWS:**

   1.   The treatment as to Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV ("Secured Creditor") is hereby stricken and revised to reflect terms consistent with the Order Resolving Objection to Confirmation entered on May 12, 2021. The full terms of that Order shall remain in full effect.

   2.   Any other prior orders with respect to Secured Creditor shall remain in effect.

   3.   This Order shall be incorporated in and become a part of any Order Confirming Plan or Modified Plan in the herein matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 16-33412-MBK

Atef G Youssef                                                                       Chapter 13

Tereza F Youssef

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ajennings@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 22, 2023                       Form ID: pdf903                                 Total Noticed: 1

Douglas J. McDonough
                        on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com

Douglas J. McDonough
                        on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com

Gavin Stewart
                        on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jason Brett Schwartz
                        on behalf of Creditor Financial Services Vehicle Trust (FSVT) jschwartz@friedmanvartolo.com
                        bankruptcy@friedmanvartolo.com

R. A. Lebron
                        on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com

Robert C. Nisenson
                        on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com
                        doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson
                        on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com
                        doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert P. Saltzman
                        on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sean M. O'Brien
                        on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com

Sindi Mncina
                        on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
                        AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16