| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Aleisha C Jennings, Esq. (049302015) | Order Filed on March 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Atef G Youssef,**<br> Debtor;<br><br>**Tereza F Youssef,**<br>**Joint Debtor.** | CASE NO.: 16-33412-MBK<br><br>CHAPTER 13 |

## ORDER DIRECTING CHAPTER 13 TRUSTEE TO STOP DISBURSEMENTS ON PRE-PETITON ARREARS PURSUANT TO CLAIM 6-4

The relief set forth on the following pages
**ORDERED**.

**DATED: March 28, 2023**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

1. This Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter.
2. The Chapter 13 Trustee has disbursed payment in the amount of $10,436.96 toward Secured Creditor's Proof of Claim 6.
3. Thereafter, on March 15, 2023, Secured Creditor filed an Amended Proof of Claim 6-4 referencing the pre-petition arrears that were already paid by the Chapter 13 Trustee and not seeking any further disbursements on pre-petition arrears as the Debtor has remitted a significant payment that was applied to pre and post-petition arrears.
4. The Chapter 13 Trustee shall hereby cease making disbursements on Proof of Claim 6.
5. Debtor shall make post-petition payments in accordance with the terms of the note, mortgage, and /or notices of payment change.