| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Atef G Youssef<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4591<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Tereza F Youssef<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4577<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–33412–MBK | | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Atef G Youssef                                    Tereza F Youssef

   2/13/24                                    **By the court:** Michael B. Kaplan
                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 16-33412-MBK
Atef G Youssef                                                                                                   Chapter 13
Tereza F Youssef
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                     Page 1 of 4
Date Rcvd: Feb 13, 2024                Form ID: 3180W                Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Atef G Youssef, Tereza F Youssef, 7 Redcoat Drive, East Brunswick, NJ 08816-2758 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 516847619 | + | Capital One Line of Credit, 265 Broadhollow Road, Melville, NY 11747-4833 |
| 516670293 | + | Home Depot Loan Services, P.O. Box 530584, Atlanta, GA 30353-0584 |
| 516538695 | + | Provident Cash Reserve, PO Box 1001, Iselin, NJ 08830-1001 |
| 516538696 | + | Regions Bk/greensky Cr, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 516538697 | + | Suntrust/greensky/The Home Depot, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 516538703 | | Wells fargo fnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 13 2024 20:56:01 | Specialized Loan Servicing LLC, PO Box 636007, Littleton, CO 80163-6007 |
| cr | ^ | MEBN | Feb 13 2024 20:55:52 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2024 21:02:00 | US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS IND, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd # 202, Fairfield, NJ 07004-2927 |
| 516643516 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:06:59 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516709690 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:07:41 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516616670 | | EDI: AIS.COM | Feb 14 2024 01:47:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516538677 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:07:16 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516538676 | + | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 21:07:18 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516593327 | | EDI: BMW.COM | Feb 14 2024 01:47:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516538684 | + | EDI: BMW.COM | | |

Case 16-33412-MBK    Doc 149    Filed 02/15/24    Entered 02/16/24 00:22:00    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 14 2024 01:47:00 | BMW Financial Services, 5550 Britton Pkwy, Hilliard, OH 43026-7456 |
| 516548125 | + | EDI: AISACG.COM | Feb 14 2024 01:47:00 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538680 | + | EDI: BANKAMER | Feb 14 2024 01:47:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538682 | + | EDI: BANKAMER | Feb 14 2024 01:47:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516647518 | | EDI: BANKAMER | Feb 14 2024 01:47:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516636560 | | EDI: BANKAMER | Feb 14 2024 01:47:00 | Bank of America, NA, PO BOX 31785, Tampa, FL 33631-3785 |
| 516538685 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516613974 | | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516538690 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538689 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538691 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516538692 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516538694 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 516538687 | | EDI: JPMORGANCHASE | Feb 14 2024 01:47:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516538688 | | EDI: JPMORGANCHASE | Feb 14 2024 01:47:00 | Chase line of Credit, PO Box 6026, Chicago, IL 60680 |
| 516662106 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 21:07:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518585893 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2024 21:05:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585892 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2024 21:05:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 516729799 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 13 2024 21:04:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516807541 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516808352 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516808353 | | EDI: PRA.COM | Feb 14 2024 01:47:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517553470 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 13 2024 21:03:00 | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 519475877 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519475878 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 13 2024 21:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 516538698 | + | EDI: SYNC | Feb 14 2024 01:47:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516538700 | + | EDI: SYNC | Feb 14 2024 01:47:00 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 516538701 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 13 2024 21:04:00 | Transworld Sys Inc/51, Po Box 15618, Wilmington, DE 19850-5618 |
| 519494887 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2024 21:03:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519494886 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2024 21:03:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516538702 | + | EDI: VERIZONCOMB.COM | Feb 14 2024 01:47:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516658800 | | EDI: WFFC2 | Feb 14 2024 01:47:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516538683 | | Bk Of Amer |
| 519655862 | | US Bank Trust National Association, Not In Its Ind |
| 516538678 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516538679 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516550131 | *+ | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516538681 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516538686 | *+ | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516538693 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 518174527 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517553471 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516538699 | *+ | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Feb 13, 2024 | Form ID: 3180W | Total Noticed: 51

Date: Feb 15, 2024           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ajennings@raslg.com

Charles G. Wohlrab
on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon
on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com

Douglas J. McDonough
on behalf of Creditor BANK OF AMERICA  N.A. dmcdonough@flwlaw.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jason Brett Schwartz
on behalf of Creditor Financial Services Vehicle Trust (FSVT) bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com

Robert C. Nisenson
on behalf of Debtor Atef G Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson
on behalf of Joint Debtor Tereza F Youssef r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert P. Saltzman
on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Sean O'Brien
on behalf of Creditor BANK OF AMERICA  N.A. sean.obrien.1108@gmail.com

Sindi Mncina
on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16